STATE OF CONNECTICUT *v.* FREDERICK SINICA

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joseph D. Harbaugh,* chief public defender, in support of the petition.

*Arnold Markle,* chief prosecuting attorney, in opposition.

Submitted June 10—decided June 25, 1968

STATE OF CONNECTICUT *v.* DONALD E. HUNT

Counsel having appeared before this court in response to its order of June 25, 1968, and having stated their views on the need for a reargument of the appeal, it is ordered that, at a time to be set by this court, the appeal be reargued in the light of *Bruton* v. *United States,* 391 U.S. 123, 88 S. Ct. 1620, 20 L. Ed. 2d 476, and *Roberts* v. *Russell,* 392 U.S. 293, 88 S. Ct. 1921, 20 L. Ed. 2d 1100, and that the defendant and the state file simultaneous briefs on or before October 1, 1968.

*James W. Marshall,* for the appellant (defendant).

*David B. Salzman,* assistant state's attorney, for the appellee (state).